# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| OLIVER MANUEL, | Civil No. 3:22-cv-1314-MK |
| Plaintiff, | |
| v. | ORDER FOR ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(D) |
| Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

Based upon the Stipulation of the parties, it is hereby ordered that attorney fees in the amount of $5,653.64 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d). Plaintiff is also awarded costs in the amount of $402.00 pursuant to 31 U.S.C. § 1304 and 28 U.S.C. § 1920

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the EAJA fees shall be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of this fee to their attorney. These funds may be paid electronically or by check mailed to Plaintiff's counsel at Dellert Baird Law Offices, PLLC, PO Box 429, Spanaway, WA, 98387.

IT IS SO ORDERED.

DATED this 9th day of August 2023.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States Magistrate Judge

Page 1    ORDER
         [3:22-CV-1314-MK]

Presented by:

Jeffrey H. Baird
Dellert Baird Law Offices, PLLC
2825 NE Brazee St
Portland, OR   97212
Telephone:  (206) 518-8163
FAX:  (360) 824-9371
jeffreyhbaird@comcast.net