IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| OLIVER MANUEL,<br><br>    Plaintiff,<br><br>    v.<br><br>Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Civil No. 3:22-CV-1314-MK<br><br>ORDER FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

After considering Plaintiff's unopposed motion and supporting documents, it is hereby ORDERED that attorney's fees in the amount of $9,491.36 be awarded to Dellert Baird Law Offices, PLLC, to be paid from Plaintiff's past-due benefits pursuant to 42 U.S.C. § 406(b). This amount offsets the previously awarded EAJA fee, so no further offset shall be applied.

IT IS SO ORDERED.

DATED this 20th day of November 2023.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States Magistrate Judge

Page 1    ORDER
[3:22-CV-1314-MK]

Presented by:

Jeffrey H. Baird
Dellert Baird Law Offices, PLLC
2825 NE Brazee St.
Portland, OR   97212
Telephone:  (206) 518-8163
FAX:  (360) 824-9371
jeffreyhbaird@comcast.net